**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CLARENCE W. LEWIS JR., | : Adversary Proceeding No. <br> : 5:23-ap-00007-MJC <br> : |
| Plaintiff, | : Related Bankruptcy Case No. <br> : 5:19-bk-01873-MJC <br> : |
| v. | : <br> : <br> : <br> : |
| THE MONEY SOURCE, INC., | : <br> : |
| Defendant. | : <br> : |

## <u>WITHDRAWAL OF APPEARANCE</u>

TO THE CLERK:

Kindly withdraw the appearance of John Paul Regan, Esquire, as counsel on

behalf of Defendant, The Money Source, Inc., in the above-captioned matter.

Matthew Haar, Esquire and Francis Riley III, Esquire, of Saul Ewing LLP, will

continue as counsel for Defendant.

Respectfully submitted,

Dated: June 24, 2026

/s/ *John Paul Regan*
Matthew M. Haar, Esq. (85688)
Saul Ewing LLP
2 N. Second Street, 7th Floor
Harrisburg, PA 17101
matt.haar@saul.com – 717-257-7508

Francis X. Riley III, Esq. (74075)
Saul Ewing LLP
650 College Road East, Suite 4000

Princeton, NJ 08540-6603
francis.riley@saul.com
(Admitted Pro Hac Vice)

John Paul Regan, Esq. (320664)
Saul Ewing LLP
One PPG Place, Suite 3010
Pittsburgh, PA 15222
jp.regan@saul.com

*Attorneys for Defendant The Money Source, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2026, a copy of the foregoing **WITHDRAWAL OF APPEARANCE** was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Carlo Sabatini, Esq.
Sabatini Law Firm, LLC
216 N. Blakely Street
Dunmore, Pennsylvania 18512
carlo@bankruptcypa.com

*Attorneys for Plaintiffs*

Dated: June 24, 2026 /s/ *John Paul Regan*
John Paul Regan, Esq.